IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MIKEL CREWS, et al., ) | |
| ) | |
| Plaintiffs, ) | NO. 1:08-MC-00011 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| TIMOTHY W. ROBINSON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiffs, Mikel Crews, Marion Crews and Cheryl J. Todd, residents of the Lawrenchburg, Tennessee, filed this action against Timothy W. Robinson and his wife Christa Robinson, seeking seizure of real estate in Tennessee. From the nature of their claims, if the Plaintiffs are asserting state law claims. Plaintiff do not assert any basis for the Court's jurisdiction.

Plaintiffs bear the burden to meet the pleading requirements necessary to establish the Court's jurisdiction. Gibbs v. Buck, 307 U.S. 66, 71 (1939). The only approved basis for jurisdiction is diversity jurisdiction under 28 U.S.C. § 1332. There is not a complete diversity of parties because the Plaintiffs and the Defendants are both alleged to be from Tennessee. Complete diversity of the parties is required for diversity of jurisdiction. Rossum v. Kilgore Corp., 692 F.Supp. 796, 798 (W.D.Tenn. 1988). All the parties here are Tennessee citizens.

Without an ascertainable for the basis of federal jurisdiction, the Court concludes that this action should be **DISMISSED**, but **without prejudice** to any of the Plaintiffs' underlying claims that they may have under state law.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _____ day of September, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge